## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| DON HARRIS, individually and as class representative of all others similarly situated, vs. DAIMLERCHRYSLER CORP. and CHRYSLER, LLC. | FILED: MAY 7, 2008<br>08CV2638 J. N.<br>JUDGE DOW JR.<br>MAG. JUDGE COLE |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Don Harris, individually and as class representative of all others similarly situated

| NAME (Type or print) |
|---|
| Edward T. Joyce |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Edward T. Joyce |
| FIRM |
| Edward T. Joyce & Associates, P.C. |
| STREET ADDRESS |
| 11 South LaSalle Street |
| CITY/STATE/ZIP |
| Chicago, IL 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 01371835 | 312-641-2600 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | | ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐