# United States District Court for the Northern District of Illinois

Case Number: 08CV2638        Assigned/Issued By: DAJ

Judge Name:                  Designated Magistrate Judge:

---

### FEE INFORMATION

*Amount Due:*  ☐ $350.00    ☐ $39.00    ☐ $5.00

☐ IFP        ☐ No Fee    ☐ Other _____

☐ $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____        Receipt #: _____

Date Payment Rec'd: _____        Fiscal Clerk: _____

---

### ISSUANCES

☑ Summons                              ☐ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____
                                       _____
☐ Citation to Discover Assets          (Victim, Against and $ Amount)

☐ Writ _____
       (Type of Writ)

_2_ Original and _0_ copies on _05/28/08_ as to CHRYSLER LLC,
                              (Date)
DAIMLER CHRYSLER CORP. _____

---

C:\wpwin80\docket\feeinfo.frm    03/14/05