# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| DON HARRIS, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>  v.<br><br>DAIMLERCHRYSLER CORP., and CHRYSLER LLC,<br><br>        Defendants. | Court No.:  08 C 2638<br><br>Judge Dow<br>Magistrate Judge Cole |

### UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

  Defendant Chrysler LLC (formerly DaimlerChrysler Corporation) by and through its attorneys, SEDGWICK, DETERT, MORAN & ARNOLD LLP, hereby presents this Unopposed Motion for Extension of Time to Respond to Complaint, and in support thereof states as follows:

  1. On May 7, 2008, Plaintiff filed its purported class action complaint against Chrysler LLC.

  2. Chrysler LLC received a copy of the summons and complaint on a service agent on June 10, 2008.  Without prejudice to any objections to personal jurisdiction, venue, service of process, or to any other defense, Chrysler LLC would like an additional 30 days to prepare its response the Complaint.

  3. Chrysler LLC hereby moves for an extension of time to file a responsive pleading to Plaintiff's Complaint to and including July 30, 2008.

  4. Plaintiff's counsel has indicated that he does not oppose this motion.

  WHEREFORE, for the reasons stated above, Defendant Chrysler LLC (formerly DaimlerChrysler Corporation) respectfully requests that this Court grant its motion and enter an order granting an extension of time to respond to the Complaint to and including July 30, 2008, or granting any other relief that the Court deems proper.

CH/284915v1

Respectfully Submitted,

**SEDGWICK, DETERT, MORAN & ARNOLD LLP**


By: _____s/ C. Kinnier Lastimosa_____
One of the Attorneys for Defendants

Anthony J. Anscombe ARDC# 6257352
C. Kinnier Lastimosa ARDC# 6277860
SEDGWICK, DETERT, MORAN & ARNOLD LLP
One N. Wacker Drive, Suite 4200
Chicago, IL 60606
Telephone: (312) 641-9050
Facsimile: (312) 641-9530

CH/284915v1