# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| DON HARRIS, on behalf of himself and all others similarly situated,<br><br>      Plaintiff,<br><br>  v.<br><br>DAIMLERCHRYSLER CORP., and CHRYSLER LLC,<br><br>      Defendants. | Court No.:  08CV2638 J.N.<br><br>Judge Dow Jr.<br>Magistrate Judge Cole |

## NOTICE OF MOTION

**TO:** Edward T. Joyce
    Rowena T. Parma
    Edward T. Joyce & Associates
    11 South LaSalle Street, Suite 1600
    Chicago, Illinois   60603-1211

  **PLEASE TAKE NOTICE** that on **Wednesday, July 2, 2008** at **9:15 a.m.** or as soon thereafter as counsel may be heard, I shall appear before Honorable Judge Dow in Courtroom 1914 at the U.S. District Court, Northern District of Illinois, Eastern Division, Dirksen Federal Building, Chicago, IL and then and there present the attached **Unopposed Motion For Extension Of Time To Respond To Complaint**.

  **DATED** this 27th day of June 2008.

                Respectfully Submitted,

                **SEDGWICK, DETERT, MORAN & ARNOLD LLP**


                By:   s/ C. Kinnier Lastimosa
                  One of the Attorneys for Defendant Chrysler LLC

Anthony J. Anscombe ARDC# 6257352
C. Kinnier Lastimosa ARDC# 6277860
SEDGWICK, DETERT, MORAN & ARNOLD LLP
One N. Wacker Drive, Suite 4200
Chicago, IL 60606
Telephone: (312) 641-9050
Facsimile: (312) 641-9530

CH/284916v1

## **CERTIFICATE OF SERVICE**

The undersigned attorney for Defendant Chrysler LLC certifies that on June 27, 2008, he caused a copy of the foregoing Unopposed Motion For Extension Of Time To Respond To Complaint to be electronically filed.  Notice of this filing will be sent to the above-mentioned parties by operation of the Court's electronic filing system.


      _s/ C. Kinnier Lastimosa_____

CH/284916v1