UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DON HARRIS, on behalf of himself and all others similarly situated,<br><br>                      Plaintiff,<br><br>    v.<br><br>DAIMLERCHRYSLER CORP., and CHRYSLER LLC,<br><br>                      Defendants. | Court No.: 08CV2638 J.N.<br><br>Judge Dow Jr.<br>Magistrate Judge Cole |

## CHRYSLER LLC'S CORPORATE DISCLOSURE STATEMENT

Defendant Chrysler LLC (formerly DaimlerChrysler Corporation) through its counsel, Sedgwick, Detert, Moran & Arnold LLP, discloses the following information: Chrysler LLC is a Delaware Limited Liability Corporation. It has no publicly held affiliates.

                                                   Respectfully Submitted,

                                            **SEDGWICK, DETERT, MORAN & ARNOLD LLP**

                                            By: _____s/ C. Kinnier Lastimosa_____
                                                One of the Attorneys for Defendant Chrysler LLC

Anthony J. Anscombe ARDC# 6257352
C. Kinnier Lastimosa ARDC# 6277860
SEDGWICK, DETERT, MORAN & ARNOLD LLP
One N. Wacker Drive, Suite 4200
Chicago, IL 60606
Telephone: (312) 641-9050
Facsimile: (312) 641-9530

/285106v1

**1**