## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| DON HARRIS, on behalf of himself and all others similarly situated, | |
| Plaintiff, | Court No.: 08CV2638 J.N. |
| v. | |
| DAIMLERCHRYSLER CORP., and CHRYSLER LLC, | Judge Dow Jr. Magistrate Judge Cole |
| Defendants. | |

### NOTICE OF FILING

**TO:** Edward T. Joyce
Rowena T. Parma
Edward T. Joyce & Associates
11 South LaSalle Street, Suite 1600
Chicago, Illinois  60603-1211

**PLEASE TAKE NOTICE** that the following document was filed with the U.S. District Court, Northern District of Illinois, Eastern Division, Dirksen Federal Building, Chicago, IL on this date: **Chrysler LLC's Corporate Disclosure Statement**.

**DATED** this 27th day of June 2008.

Respectfully Submitted,

**SEDGWICK, DETERT, MORAN & ARNOLD LLP**

By:_____s/ C. Kinnier Lastimosa_____
 One of the Attorneys for Defendant Chrysler LLC

Anthony J. Anscombe ARDC# 6257352
C. Kinnier Lastimosa ARDC# 6277860
SEDGWICK, DETERT, MORAN & ARNOLD LLP
One N. Wacker Drive, Suite 4200
Chicago, IL 60606
Telephone: (312) 641-9050
Facsimile: (312) 641-9530

CH/285108v1

**CERTIFICATE OF SERVICE**

The undersigned attorney for Defendant Chrysler LLC certifies that on June 27, 2008, he caused a copy of the foregoing Chrysler LLC's Disclosure Statement to be electronically filed. Notice of this filing will be sent to the above-mentioned parties by operation of the Court's electronic filing system.

      _____s/ C. Kinnier Lastimosa_____

CH/285108v1