**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Don Harris
                        Plaintiff,

v.                                           Case No.: 1:08−cv−02638
                                              Honorable Robert M. Dow Jr.

DaimlerChrysler Corp., et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, June 30, 2008:

      MINUTE entry before the Honorable Robert M. Dow, Jr: MOTION by Defendant Chrysler. LLC for extension of time [11] To Respond To Complaint is granted to and including 7/30/08. Status hearing date of 7/10/08 is stricken and reset for 8/5/2008 at 09:00 AM.Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.