# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| DON HARRIS, on behalf of himself and all others similarly situated, | |
| Plaintiff, | Court No.: 08 C 2638 |
| v. | |
| DAIMLERCHRYSLER CORP., and CHRYSLER LLC, | Judge Dow<br>Magistrate Judge Cole |
| Defendants. | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT TO AUGUST 4th, 2008

Defendant Chrysler LLC (formerly DaimlerChrysler Corporation) by and through its attorneys, SEDGWICK, DETERT, MORAN & ARNOLD LLP, hereby presents this Unopposed Motion for Extension of Time to Respond to Complaint, and in support thereof states as follows:

1. On May 7, 2008, Plaintiff filed its purported class action complaint against Chrysler LLC.

2. Chrysler LLC received a copy of the summons and complaint on a service agent on June 10, 2008. Chrysler has previously obtained a 30 day extension to respond to the Complaint, which is now due on July 30, 2008.

3. Chrysler LLC hereby moves for a very short additional extension of time to file a responsive pleading to Plaintiff's Complaint, to and including August 4, 2008. At the present time, Chrysler anticipates filing an answer to the complaint, rather than a motion to dismiss, and has relayed this information to Plaintiff's Counsel.

4. Chrysler LLC makes this request because of the length of the plaintiff's complaint, and because it will be filing an answer on August 4, 2008 in a parallel litigation in New Jersey.

Counsel for Chrysler in the two different litigations are coordinating efforts in preparing these answers in an efficient manner.

5. Plaintiff's counsel have indicated that they do not oppose this motion.

6. This Court has a scheduled an initial case management conference for Monday, August 4, 2008. Chrysler does **not** request an adjournment of that hearing, and will be ready to proceed with the conference as scheduled. The parties imminently expect to file their joint status conference statement.

WHEREFORE, for the reasons stated above, Defendant Chrysler LLC (formerly DaimlerChrysler Corporation) respectfully requests that this Court grant its motion and enter an order granting an extension of time to respond to the Complaint to and including August 4, 2008, or granting any other relief that the Court deems proper.

Respectfully Submitted,

**SEDGWICK, DETERT, MORAN & ARNOLD LLP**

By: _____s/ Anthony J. Anscombe_____
One of the Attorneys for Defendants

Anthony J. Anscombe ARDC# 6257352
C. Kinnier Lastimosa ARDC# 6277860
SEDGWICK, DETERT, MORAN & ARNOLD LLP
One N. Wacker Drive, Suite 4200
Chicago, IL 60606
Telephone: (312) 641-9050
Facsimile: (312) 641-9530

CH/287996v1

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| DON HARRIS, on behalf of himself and all others similarly situated, | |
| Plaintiff, | Court No.: 08CV2638 J.N. |
| v. | |
| DAIMLERCHRYSLER CORP., and CHRYSLER LLC, | Judge Dow Jr.<br>Magistrate Judge Cole |
| Defendants. | |

### NOTICE OF MOTION

**TO:**　Edward T. Joyce
　　　　Rowena T. Parma
　　　　Edward T. Joyce & Associates
　　　　11 South LaSalle Street, Suite 1600
　　　　Chicago, Illinois  60603-1211

　　**PLEASE TAKE NOTICE** that on **Monday, August 4, 2008** at **9:00 a.m.** or as soon thereafter as counsel may be heard, I shall appear before Honorable Judge Dow in Courtroom 1914 at the U.S. District Court, Northern District of Illinois, Eastern Division, Dirksen Federal Building, Chicago, IL and then and there present the attached **Unopposed Motion For Extension Of Time To Respond To Complaint**.

　　**DATED** this 29th day of July 2008.

　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　**SEDGWICK, DETERT, MORAN & ARNOLD LLP**


　　　　　　　　　　　　　　　By: _____s/ Anthony J. Anscombe_____
　　　　　　　　　　　　　　　　　One of the Attorneys for Defendant Chrysler LLC

Anthony J. Anscombe ARDC# 6257352
C. Kinnier Lastimosa ARDC# 6277860
SEDGWICK, DETERT, MORAN & ARNOLD LLP
One N. Wacker Drive, Suite 4200
Chicago, IL 60606
Telephone: (312) 641-9050
Facsimile: (312) 641-9530

## **CERTIFICATE OF SERVICE**

The undersigned attorney for Defendant Chrysler LLC certifies that on July 29, 2008, he caused a copy of the foregoing **Unopposed Motion for Extension of Time to Respond to Complaint to August 4th, 2008** to be electronically filed. Notice of this filing will be sent to the above-mentioned parties by operation of the Court's electronic filing system.

_____s/ Anthony J. Anscombe_____

CH/287996v1