**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Don Harris
                      Plaintiff,

v.                                           Case No.: 1:08−cv−02638
                                                    Honorable Robert M. Dow Jr.

DaimlerChrysler Corp., et al.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 31, 2008:

     MINUTE entry before the Honorable Robert M. Dow, Jr: MOTION by Defendant Chrysler. LLC for extension of time [20] to file response to Plaintiff's Complaint to and including 8/4/08 is granted. Status hearing date of 8/4/08 to stand.Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.