UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DON HARRIS, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>DAIMLERCHRYSLER CORP., and CHRYSLER LLC,<br><br>    Defendants. | Court No.: 08 CV 2638<br><br>Judge Dow Jr.<br>Magistrate Judge Cole |

## NOTICE OF FILING

TO:   Edward T. Joyce
      Rowena T. Parma
      Edward T. Joyce & Associates
      11 South LaSalle Street, Suite 1600
      Chicago, Illinois 60603-1211

**PLEASE TAKE NOTICE** that the following document was filed with the U.S. District Court, Northern District of Illinois, Eastern Division, Dirksen Federal Building, Chicago, IL on this date: **Chrysler LLC's Answer to Plaintiff's Class Action Complaint; Affirmative Defenses; and Request for Jury Trial**.

DATED this 4th day of August 2008.

Respectfully Submitted,

**SEDGWICK, DETERT, MORAN & ARNOLD LLP**

By:   s/ Anthony J. Anscombe
      One of the Attorneys for Defendant Chrysler LLC

Anthony J. Anscombe ARDC# 6257352
C. Kinnier Lastimosa ARDC# 6277860
SEDGWICK, DETERT, MORAN & ARNOLD LLP
One N. Wacker Drive, Suite 4200
Chicago, IL 60606
Telephone: (312) 641-9050
Facsimile: (312) 641-9530

CH/288318v1

## CERTIFICATE OF SERVICE

The undersigned attorney for Defendant Chrysler LLC certifies that on August 4, 2008, he caused a copy of the foregoing Chrysler LLC's Answer to Plaintiff's Class Action Complaint; Affirmative Defenses; and Request for Jury Trial to be electronically filed. Notice of this filing will be sent to the above-mentioned parties by operation of the Court's electronic filing system.

                                                                                       _s/ Anthony J. Anscombe_

CH/288318v1