**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DON HARRIS, on behalf of himself and all others similarly situated, | ) ) ) | |
| | ) | Court No.:  08 C 2638 |
| Plaintiff, | ) ) | |
| v. | ) ) | Judge Dow<br>Magistrate Judge Cole |
| | ) | |
| DAIMLER CHRYSLER CORP., and CHRYSLER LLC, | ) ) | |
| | ) | |
| Defendants. | ) | |

**SUPPLEMENTAL JOINT STATUS REPORT**

Pursuant to the Court's August 4, 2008 Minute Order the Parties submit the following proposed discovery plan:

H.    A BRIEF DESCRIPTION OF ANY DISCOVERY THAT HAS BEEN TAKEN AND OF THE DISCOVERY ANTICIPATED TO BE REQUIRED, AND SUGGESTED DATES FOR DISCOVERY DEADLINES AND CUTOFF. PARTIES ARE REMINDED OF THEIR DISCOVERY OBLIGATIONS UNDER FED. R. CIV. P.26 AND LOCAL RULE 26.1.

1. The Parties shall make their Rule 26(a)(1) initial disclosures on or before October 1, 2008.

2. The parties believe that discovery should be staged, such that an initial cut-off date should be set for class certification purposes. The parties believe that discovery necessary for class certification purposes can be completed no later than March 2, 2009.

3. Plaintiff's expert reports for class certification purposes will be due on April 1, 2009. Defendants' expert reports will be due on May 1, 2009.

4. Plaintiff's Motion for Class Certification will be filed on June 1, 2009.  Defendants' Response is due on July 1, 2009, and Plaintiffs' Reply is due on July 15, 2009.

5.   The parties agree that discovery in this matter should be coordinated with parallel actions pending in New Jersey, California and Florida. The parties agree that any discovery completed in any parallel action, that is relevant to this matter, need not be duplicated in this matter.

/s/ Rowena T. Parma
Edward T. Joyce & Associates, PC
11 South LaSalle Street
Suite 1600
Chicago, IL 60603
(312) 641-2600

/s/ Anthony J. Anscombe
Sedgwick, Detert, Moran & Arnold LLP
One North Wacker Drive
Suite 4200
Chicago, IL 60606
(312) 641-9050

CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that the foregoing documents was e-filed and served electronically and via other delivery as indicated by the Clerk of the Court this 8th day of September 2008.


/s/ Rowena T. Parma_____